# United States Bankruptcy Court
## Southern District of Ohio

In re: **Tiffany A. Davidson**, Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **March 4, 2019**

**/s/ Tiffany A. Davidson**
**Tiffany A. Davidson**
Signature of Debtor